Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Delaware**

Case number (if known) _____    Chapter **7**

☐ Check if this an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    Check one:

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Main Street Business Funding LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   46-3953166
   EIN

5. **Debtor's address**

   Principal place of business

   1528 Walnut Street, Suite 900
   Number          Street

   Philadelphia PA 19102-0000
   City                    State        Zip Code

   Philadelphia
   County

   Mailing address, if different

   Number          Street

   P.O. Box
   00000-0000
   City                    State        Zip Code

   Location of principal assets, if different from principal place of business

   Number          Street

   City                    State        Zip Code

6. **Debtor's website** (URL)

7. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify:

8. **Type of debtor's business**    Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

FILED 2019 MAR 20 PM 12:56

Debtor    **Main Street Business Funding LLC**                                    Case number *(if known)*

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

    ■ No
    ☐ Yes.  Debtor _____    Relationship _____
    District _____    Date filed MM / DD / YYYY    Case number, if known _____

    Debtor _____    Relationship _____
    District _____    Date filed MM / DD / YYYY    Case number, if known _____

### Part 3: Report About the Case

10. **Venue**    *Check one:*

    ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ■ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John P. Lane Jr. | Judgment in U.S. D.C. Del. Case No.1:18-cv-01910 (LPS) | $1287000 |
|  |  | $ |
|  |  | $ |
| Jennifer Karpchuk | Judgment in U.S. D.C. Del. Case No.1:18-cv-01979 (LPS) | $189000 |
|  |  | $ |
|  |  | $ |
| Joseph Cooney | Judgment in U.S. D.C. Del. Case No.1:18-cv-01978 (LPS) | $561000 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $2037000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty

Debtor  **Main Street Business Funding LLC**                                         Case number *(if known)*

of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**John P. Lane Jr.**
Name

**906 Ocean Drive**
Number    Street
**Avalon NJ 08202-0000**
City                State        Zip Code

Printed name

Firm name, if any

Number    Street
**00000-0000**
City                State        Zip Code
Contact phone              Email
Bar number
State

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
          MM / DD / YYYY

*/s/ signature/*

Signature of petitioner or representative, including representative's title

Signature of attorney
Date signed
          MM / DD / YYYY

---

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Jennifer Karpchuk**
Name

**826 Mountaintop Drive**
Number    Street
**Collegeville PA 19426-0000**
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  03/20/2019
          MM / DD / YYYY

Printed name

Firm name, if any

Number    Street

City                State        Zip Code
Contact phone              Email
Bar number
State

Signature of attorney

| Debtor | **Main Street Business Funding LLC** | | Case number (if known) | |
|---|---|---|---|---|

Signature of petitioner or representative, including representative's title

Date signed
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Joseph Cooney**
Name

**826 Mountaintop Drive**
Number    Street
**Collegeville PA 19426-0000**
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on
MM / DD / YYYY    03-20-19

Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                            State        Zip Code
Contact phone                   Email

Bar number

State

Signature of attorney
Date signed
MM / DD / YYYY

---