**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Main Street Business Funding LLC, | Case No. 19-10598-BLS |
| Alleged Debtor. | |

**ANSWER AND AFFIRMATIVE DEFENSES OF MAIN STREET BUSINESS FUNDING**
**LLC TO INVOLUNTARY PETITION**

Alleged Debtor, Main Street Business Funding LLC ("Main Street"), by and through its undersigned counsel, files this answer to the allegations against it contained in the involuntary bankruptcy petition under Chapter 7 of the United States Code, as amended (the "Involuntary Petition"), filed on March 20, 2019 (the "Petition Date") by alleged creditors John P. Lane, Jr. ("Lane"), Jennifer Karpchuk ("Karpchuk"), and Joseph Cooney ("Cooney," and together with Lane and Karpchuk, the "Petitioning Creditors"):

Main Street responds to the paragraphs of the allegations in the Involuntary Petition as follows:

1.      Main Street denies that the Petitioning Creditors are eligible to file the Involuntary Petition pursuant to 11 U.S.C. §303(b). To the extent the Petitioning Creditors allege to have claims against Main Street, those claims are disputed as to amount and/or the subject of a bona fide dispute as to liability or amount.

2.      Main Street admits that it is a Delaware limited liability company and is eligible as a person against which an order for relief may be entered under title 11 of the United States Code.

3.      Main Street denies that it is a debtor that, as of the Petition Date, was generally not paying its debts as they became due.

## AFFIRMATIVE DEFENSES

4.      The Petitioning Creditors lack standing to file an involuntary petition.  Because the interests of creditors and the alleged debtor, Main Street, would be better served by dismissal or suspension, the Court should dismiss or suspend the case.

5.      The Petitioning Creditors fail to state a claim for which relief may be granted.

**WHEREFORE**, Main Street Business Funding LLC respectfully requests that the Court dismiss or suspend the Involuntary Petition and award Main Street Business Funding LLC attorneys' fees and costs under 11 U.S.C. 303(i) and other such relief in law or in equity as this Court may deem just and proper.

Dated:  April 15, 2019
        Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (Del. Bar No. 3933)
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-4814
E-mail:  mbusenkell@gsbblaw.com

*Counsel for Main Street Business Funding LLC*